UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Case No. 8:05-cr-481-T-23EAJ |
| OLGA LEZCANO, : | |
| Defendant. : | |

## FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the court upon the filing of the motion of the United States of America for entry of a Forfeiture Money Judgment, which, at sentencing, shall be a final order of forfeiture as to defendant Olga Lezcano. The court, being fully advised in the premises, hereby finds as follows:

1. That the amount of proceeds obtained by the defendant Olga Lezcano as a result of her participation in the conspiracy to commit mail fraud, contrary to the provisions of 18 U.S.C. § 1341, in violation of 18 U.S.C. § 371, was $28,245.06 USD;

2. That, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), the government is entitled to a forfeiture money judgment in the amount of the proceeds the defendant obtained as a result of the offense of conviction, which is $28,245.06 USD. Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is

GRANTED.

It is FURTHER **ORDERED** that defendant Olga Lezcano is jointly and severally liable to the United States of America for a forfeiture money judgment in the amount of $28,245.06 USD, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2).

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 28th day of December, 2006.

HONORABLE STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

Copies to: Adelaide G. Few, AUSA
Attorneys of Record